HENRY B. JOHNSON, Respondent, v. NATIONAL LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.